UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

                **Plaintiff,**

-vs-                                   Case No. 3:06-CR-188

                                          District Judge Thomas M. Rose

TEVAN HARDING,

                **Defendant.**

## JUDGEMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open Court on July 26, 2012, the Defendant appeared with Counsel, and entered an admission to the violation of Supervised Release as alleged by the U.S. Probation Department. The Court accepted the admission and found that the Defendant had violated the conditions of his Supervised Release as alleged and proceeded immediately to sentencing. The Court **ORDERS** that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months. The sentence is not to be followed by any period of supervised release.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense, and that the Defendant be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

The Defendant was explained his rights of appeal and indicated an understanding of same.

The Defendant will be allowed to voluntarily self-surrender.

**IT IS SO ORDERED.**

Date: **July 26, 2012**

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT